IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JUDITH LENZNER,**

    Plaintiff,

vs.                                            No. 17cv001048 MCA/JHR

**ALLSTATE FIRE AND CASUALTY**
**INSURANCE COMPANY,**

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Joint Motion for Dismissal With Prejudice, and the Court having reviewed the pleadings and being otherwise fully informed in the premises finds that such motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims made or which could have been made by Plaintiff against Defendant are hereby dismissed with prejudice, each party to bear its own costs and fees.

                                              HONORABLE M. CHRISTINA ARMIJO
                                              United States District Judge

Submitted by:

MODRALL SPERLING ROEHL HARRIS
   & SISK, P.A.


By */s/ Jennifer A. Noya*
   Jennifer A. Noya
   500 Fourth Street NW, Suite 1000
   P.O. Box 2168
   Albuquerque, NM 81703-2168
   Telephone: 505.848.1881
   Fax: 505.848.1899
   Email: jnoya@modrall.com

*Attorneys for Defendant*


By: *Approved via email on 12.8.17*
      Matthew T. Tucker
      4110 Cutler Avenue NE
      Albuquerque, NM 87110
      Telephone: 505.242.3333

*Attorneys for Plaintiffs*
*W3103161.DOCX*